# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD CHAVARIN,<br><br>Defendant | Case No. 20-CR-3126-GPC<br><br>**ORDER OF DISMISSAL**<br><br>**AND JUDGMENT** |

The court, having read and considered the Government's Motion to Dismiss the case, and finding good cause therein,

HEREBY ORDERS that this case is dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: March 10, 2021

Hon. Gonzalo P. Curiel
United States District Judge